

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*1 St. Andrews Plaza*
*New York, New York 10006*

December 10, 2013

**BY EMAIL AND ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10006

        Re:    United States v. Aminur Rahman, et al,
                13 Cr. 490 (GBD)

Dear Judge Daniels:

      The conference in the above referenced matter is currently scheduled for January 30, 2014. The parties are aware, however, that Your Honor is not available on that date. Accordingly, we respectfully request that the conference be adjourned to Tuesday, February 4, 2014 or such date as is convenient for the Court. I have spoken to all defense counsel who have consented to the exclusion of time until February 4, 2014 or until the date on which the next conference takes place. A Speedy Trial Order is enclosed for your convenience.

                              Respectfully submitted,

                              PREET BHARARA
                            United States Attorney

                      By: _____/s_____
                            Rebecca Mermelstein
                            Assistant United States Attorney
                            Southern District of New York
                            (212) 637-2360

cc: All Counsel (By ECF)