# MEMORANDUM



**TO :   HONORABLE GEORGE B. DANIELS**
        U.S. District Judge

**FROM:  ARTHUR PENNY, Chief**
        U.S. Pretrial Services Officer

### RE: RAHMAN, AMINUR
### DOCKET #: 13 CR 490

The attached memorandum was prepared by Pretrial Services Officer

| Mildred Santana | 805-4116 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[✓]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]   My office will inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom # _____ on _____ at _____.
                                                    Date            Time

[ ]   I request that a Bail Review Hearing be conducted by:

    [ ]   The presiding Magistrate Judge in courtroom # 5A.

    [ ]   The District Court Judge presiding in Part I.

    [ ]   _George B. Daniels_  DEC 9 2015
          Judicial Officer

at his/her earliest convenience.